UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES | Case No. 1:22-mj-00023-HBK |
|---|---|
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PASSPORT |
| LUIS R. TRELLES HUESO | (Doc. No. 20) |
| | ORDER DIRECTING CLERK OF COURT TO RETURN DEFENDANT'S PASSPORT AND PASSPORT CARD |

    Pending before the Court is Mr. Trelles-Hueso's motion for a return of his passport filed on May 16, 2022. (Doc. No. 20). The Court grants the motion.

    On April 27, 2022, Mr. Trelles-Hueso plead guilty to violating 36 C.F.R. § 4.32(a)(2) and 36 C.F.R. § 4.2; CVC § 14601.1(a) and was sentenced on May 11, 2022. (Doc. Nos. 17, 19). Prior to entering a guilty plea, Mr. Trelles-Hueso was subject to pretrial release, and, as a condition of pretrial release, Mr. Trelles-Hueso was ordered to surrender his passport to the Clerk's Office. (Doc. No. 6). Mr. Trelles-Hueso dutifully complied and surrendered his passport and passport card. (Doc. Nos. 5, 12).

    Mr. Trelles-Hueso requests the return of his passport and passport card because he is no longer subject to the conditions of pretrial release since he entered a guilty plea and was sentenced on May 11, 2022. The Government did not file a response to Mr. Trelles-Hueso's

motion and the time to do so has expired.  S*ee generally* docket; *see also* L. R. 430.1(f).

A note *supra*, Mr. Trelles-Hueso was sentenced in accordance with his guilty plea on May 11, 2022.  (Doc. Nos. 17, 19).  Because Mr. Trelles-Hueso was sentenced, he is no longer subject to the conditions of his pretrial release.  Further, the return of Mr. Trelles-Hueso's passport and passport card does not violate the terms of his probation.  (*See* Doc. No. 21).

Accordingly, it is **ORDERED**:

1. Defendant's motion for the return of his passport (Doc. No. 20) is GRANTED.
2. The Clerk of Court shall return to Plaintiff his passport, passport number 653533381, and passport card, C21964816.

Dated:     June 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE