UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>LUIS R. TRELLES HUESO,<br><br>                Defendant. | Case No.  1:22-mj-00023-HBK<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No. 28) |

Pending before the Court is Defendant's motion to appear remotely, for his May 16, 2023 review hearing. (Doc. No. 28).  The motion was filed on May 3, 2023.  Defendant reports that he has moved to Mexico to live with his family and would experience financial difficulties if he is required to appear in-person in Yosemite. (*Id*.).  The Government objects to the Defendant's remote appearance request. (*Id*.).  However, despite the Government indicating that it objects, no opposition was filed and the time to do so has expired.  *See* docket; *see also* L.R. 430.1(f) ("Any opposition to a noticed motion shall be served and filed within 7 days after the motion is filed.").

Defendant, who was sentenced to 24 months of unsupervised probation, is scheduled for his first in-person review hearing on May 16, 2023.  (Doc. Nos. 19, 25).  Defendant has failed to timely submit a status report regarding his performance on probation.  (*See* Doc. No. 25, condition no. 6).  Nonetheless, the Government has filed a petition for violation of probation. (Doc. No. 29).  This Court denies Defendant's request to appear remotely at his May 16, 2023

review hearing.  In the alternative, Defendant may request to continue his review hearing to June 13, 2023 to permit him adequate time to return to the Yosemite Courthouse.

Accordingly, it is **ORDERED**:

Defendant's request to appear remotely at his May 16, 2023 review hearing is DENIED.

Dated:     May 11, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE