# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.  1:22-mj-00023-HBK |
| ) | |
| Plaintiff,    ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                                                                ) | **UNSUPERVISED PROBATION** |
| ) | |
| LUIS TRELLES HUESO,                           ) | |
| Defendant.    ) | |
| ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**        36 CFR § 4.23(a)(2); 36 CFR § 4.2(b); CVC § 14601.1(a)

**Sentence Date:**       May 11, 2022

**Review Hearing Date:**     January 21, 2025

**Probation Expires On:**    February 3, 2025

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1,500 which Total Amount is made up of a
Fine: $ 1,490 Special Assessment: $      10 Processing Fee: $ Choose an item. Restitution: $


☐    Payment schedule of $        per month by the        of each month.

☒    **Community Service hours Imposed of:**  20

☒    **Other Conditions:** First Time DUI Offender Program; abstain from frequenting establishments primarily for alcohol sales; required compliance with chemical test to determine blood alcohol content if requested by law enforcement officer; abstain from entering Yosemite National Park for first 12 months.

### *DEFENSE POSITION:*

☒    To date, Defendant has paid a total of $ 1,500
        ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                                                              Amount:  $
☒    To date, Defendant has performed 20  hours of community service.

☒    Compliance with Other Conditions of Probation:  Mr. Hueso has completed the First Time DUI Offender Program.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

GOVERNMENT POSITION:

☐ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

     If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ The Government disagrees with the following area(s) of compliance:  Mr. Hueso's criminal history report indicates that he was arrested for felony vandalism and misdemeanor obstruction in Modesto CA on 7/21/2024.

     Government Attorney:  John A Seymer, Supervisory Park Ranger (Rule 180)

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/21/2025 at 10 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated; or, in the alternative, that Mr. Hueso be permitted to appear by video as referenced in his other Review Hearing in Case No. 6:23-po-188-HBK (ECF Dkt. No. 11).

☒ that Defendant's unsupervised probation be terminated pursuant to 18 U.S.C. 3564(c), and that the case be closed.

DATED:  1/7/2025                                         */s/ Lisa Ndembu Lumeya*
                                                              DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED. The Court will not early terminate Defendant's probation nor vacate the January 21, 2025 Review Hearing but will permit Defendant to appear by video for the Review Hearing.

    DONE AND ORDERED:

Dated:   January 8, 2025                                      *[signature]*
                                                     HELENA M. BARCH-KUCHTA
                                                   UNITED STATES MAGISTRATE JUDGE